**Dismissed and Opinion Filed September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01033-CV

**DEBORAH LOUISE CUNNINGHAM, Appellant**
**V.**
**SPI-SOL, LLC - SERIES B, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04128-E**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

Appellant has filed a motion to dismiss her appeal stating the parties have reached a settlement of their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

151033F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEBORAH LOUISE CUNNINGHAM, Appellant

No. 05-15-01033-CV          V.

SPI-SOL, LLC - SERIES B, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-04128-E.
Opinion delivered by Justice Bridges, Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee SPI-SOL, LLC - Series B recover its costs of this appeal from appellant Deborah Louise Cunningham.

Judgment entered September 10, 2015.